UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

| | |
|---|---|
| MISS JONES LLC, | Case No. 17-cv-00895-MKB-RLM |
| Plaintiff, | |
| -against- | **STIPULATION** |
| | **OF DISCONTINUANCE** |
| LANCE ARCELLO, ADVANTAGE ASSETS II, INC., | **WITH PREJUDICE** |
| | **AGAINST DEFENDANT** |
| | **LANCE ARCELLO** |
| Defendants. | |

---------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that Plaintiff Miss Jones LLC hereby discontinues the above-captioned action and all claims asserted therein only as against defendant Lance Arcello, with prejudice, without costs to either party as against the other. PDF and/or facsimile signatures shall be deemed originals for purposes hereof and this Stipulation may be executed in any number of counterparts.

Dated: 10/12 , 2020

| | |
|---|---|
| **HASBANI & LIGHT, P.C.** | **WENIG SALTIEL LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Lance Arcello* |
| By: /s/ Seth D. Weinberg | By: /s/ Howard S. Bonfield |
| Seth D. Weinberg, Esq. | Howard S. Bonfield, Esq. |
| 450 Seventh Avenue, Suite 1408 | 26 Court Street, Suite 1200 |
| New York, New York 10123 | Brooklyn, NY 11242 |
| Tel: (212) 643-6677 | Tel: (718) 797-5700 |
| sweinberg@hasbanilight.com | hbonfield@ltattorneys.com |